# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

PROCTER AND GAMBLE PAPER PRODUCTS CO.,

      Plaintiff,

  v.                                                    Case No. 07-C-883

KIMBERLY-CLARK CORP., et al.,

      Defendants.

**ORDER**

A hearing was held on October 4 on the plaintiff's motion for a temporary restraining order and preliminary injunction. For the reasons set forth on the record, the motions are **DENIED**.

**SO ORDERED** this 4th day of October, 2007.

              s/ William C. Griesbach
              William C. Griesbach
              United States District Judge