UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PROCTER AND GAMBLE CO.,

    Plaintiff,

v.                                                                       Case No. 07-C-883

KIMBERLY-CLARK CORP., et al.,

    Defendant.

**ORDER**

This case was dismissed in October 2008 upon the stipulation of the parties and therefore is no longer pending before me. On May 15, 2009, Jonathan Lee Riches, an inmate at the federal medical center in Lexington, Kentucky, filed a motion to intervene. As an inmate he manufactures Huggies diapers; he asserts that his pay of 12 cents an hour violates federal minimum wage laws, and he further claims that the diapers are making him sick with rashes.

Even if the case had not already been closed, this is not a basis for intervention in this action. This was an action between two corporations whose dispute has nothing to do with the matters described above. If Riches has some sort of dispute, he must institute his own action. The motion to intervene is therefore **DENIED**.

**SO ORDERED** this   20th   day of May, 2009.

                                                                          s/ William C. Griesbach
                                                                          William C. Griesbach
                                                                          United States District Judge